IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DUVAL F. CARDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-041 |
| | ) | |
| SHERIFF RICHARD ROUNDTREE; | ) | |
| MAJOR MITCHELL; MAJOR RAWLINGS; | ) | |
| DEPUTY MARLON SMITH; DEPUTY | ) | |
| NADIA NEWSOME; INVESTIGATOR | ) | |
| SEAN MORROW; INVESTIGATOR | ) | |
| BRITNEY JONES; INVESTIGATOR | ) | |
| COUTLAND HARRIS; LIEUTENANT | ) | |
| HERELL; LIEUTENANT GRIFFIN; | ) | |
| OFFICER DAVIS; OFFICER McINTIRE; | ) | |
| OFFICER STRAIN; OFFICER WOOD; | ) | |
| OFFICER CARROL; OFFICER HINES; | ) | |
| OFFICER MORRIS; DISTRICT | ) | |
| ATTORNEY JARAD T. WILLIAMS; and | ) | |
| ASSISTANT DISTRICT ATTORNEY | ) | |
| BAILEY MARSHALL, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, detained at Charles B. Webster Detention Center, in Augusta, Georgia, commenced this case pursuant to 42 U.S.C. § 1983. The matter is now before the Court on Plaintiff's request to voluntarily dismiss his case. (Doc. no. 5.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 29th day of April, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA